# IN THE COURT OF APPEALS OF IOWA

No. 15-1435
Filed July 27, 2016

**EUGILIA VIDAD LIMON-OLSON,**
Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
Respondent-Appellee.
_____

Appeal from the Iowa District Court for Black Hawk County, Joel A. Dalrymple, Judge.

Eugilia Vidad Limon-Olson appeals the district court's dismissal of her postconviction-relief application. **AFFIRMED.**

Daniel M. Northfield of Daniel Northfield Attorney at Law, Urbandale, for appellant.

Thomas J. Miller, Attorney General, and Louis S. Sloven, Assistant Attorney General, for appellee State.

Considered by Potterfield, P.J., and Mullins and McDonald, JJ.

**MULLINS, Judge.**

Eugilia Vidad Limon-Olson raises only two issues on appeal of the dismissal of her application for postconviction relief: (1) whether trial counsel provided ineffective assistance by failing to require a verbatim record of the hearing that resulted in dismissal of her application, and (2) whether the court erred in dismissing her application after a hearing for which no record was made. *See* Iowa Code § 822.7 (2013) (requiring that, when a postconviction-relief application is heard, "[a] record of the proceedings shall be made and preserved"). The court dismissed her application for failure to appear for the trial on the merits. We find *Arnold v. State*, 540 N.W.2d 243, 245-46 (Iowa 1995) (concluding the requirement in section 822.7 that a record of the proceedings be made "has reference to evidentiary hearings on the merits of the claim"), controlling and, under the circumstances of this case, conclude the district court's written ruling provides an adequate record. We affirm without further opinion pursuant to Iowa Court Rule 21.26(1)(c) and (e).

**AFFIRMED.**